*Abraham Wilson, Warren S. Tenney* and *Donald T. Mullane* for appellant.

*William F. Cassin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

LYRA C. BROWN, as Administratrix of the Estate of MAYO BROWN, Deceased, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 28838.) LYRA C. BROWN, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 28839.)

Argued April 14, 1955; decided June 2, 1955.

*Jacob K. Javits, Attorney-General (Henry S. Manley* of counsel), for appellant.

*Wilfred E. Hoffmann, James J. Barrett* and *Edmund J. Hoffmann* for respondent.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of HILLMAN PERIODICALS, INC., Appellant, against LAWRENCE GEROSA, as Comptroller of the City of New York, et al., Respondents.

Argued April 19, 1955; decided June 2, 1955.